UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELE GIL VALENTIN and SERGO
VALENTIN,

      Plaintiffs,

v.                                                    Case No:  2:21-cv-915-JLB-KCD

ALEJANDRO N. MAYORKAS, UR M.
JADDOU, and SHELLY RANDALL,

      Defendants.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that this matter be dismissed without prejudice because of pro se Plaintiffs' failure to diligently prosecute this case and comply with the Court's orders. (Doc. 18.) No party has objected and the time to do so has expired.[1]

A district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Here, after an independent review of the record, and noting that no objection has been filed, the Court adopts the thorough and well-reasoned Report and Recommendation.

---

[1] The Court's CM/ECF docket reveals that, while a copy of the Report and Recommendation was mailed to Plaintiffs' last known address, the Report and Recommendation was returned marked as: "Return to Sender/Unable to Forward." (Doc. 19.)

Accordingly, the Report and Recommendation (Doc. 18) is **ADOPTED**, and this case is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on August 19, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE